

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00555-CV

Richard L. **FLEMING** III,
Appellant

v.

**NASA FEDERAL CREDIT UNION**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020CV0167
Honorable Bill Squires, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's December 15, 2021 order titled, "Order Granting Movant's Motion for Turnover & Appointment of a Receiver" is AFFIRMED.

It is ORDERED that Appellee NASA Federal Credit Union recover its costs on appeal from Appellant Richard L. Fleming III.

SIGNED January 18, 2023.

Liza A. Rodriguez, Justice